**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN CHEREMOND,**

**Plaintiff,**

**v.** **Case No.: 8:25-cv-03348-AAS**

**FRANK BISIGNANO,**
**Commissioner of the Social**
**Security Administration,**

**Defendant.**
**______________________________________/**

**ORDER**

Plaintiff John Cheremond moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 23). The Commissioner does not oppose the motion. (*Id.*, p. 4).

Mr. Cheremond requests $5,407.06 in attorney's fees. The EAJA permits awards for reasonable attorney's fees to a prevailing party against the United States. 28 U.S.C. § 2412. A July 27, 2026 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 20). The Clerk of Court entered judgment in favor of Mr. Cheremond. (Doc. 21).

The Commissioner does not contest the following: Mr. Cheremond is the prevailing party; the Commissioner's position was not substantially justified; and Mr. Cheremond's attorney's fees request is reasonable. A court should

grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Cheremond is entitled to $5,407.06 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Cheremond owes a debt to the United States. If Mr. Cheremond has no federal debt, the United States will pay them directly to counsel. (*See* Doc. 23, Ex. A).

Accordingly, it is **ORDERED** that Mr. Cheremond's motion for attorney's fees under the EAJA (Doc. 23) is **GRANTED**. Mr. Cheremond is awarded **$5,407.06** in attorney's fees.

**ORDERED** in Tampa, Florida, on October 29, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge